## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ZHAKIM WILLIAMS** | : | |
| *Plaintiff* | : | CIVIL ACTION NO. 3:19-cv-00313-VLB |
| **VS.** | : | |
| **SOUTH PARK INN, INC. AND JEFF KATZ** | : | |
| *Defendant* | : | March 20, 2019 |

## DEFENDANTS REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to the Federal Rules of Civil Procedure and the Connecticut Local Rules, Defendants, South Park Inn, Inc. and Jeff Katz, by and through undersigned counsel, respectfully request and move for a 30-day extension of time, up to and including April 26, 2019, in which to file a first responsive pleading or answer to Plaintiff's Complaint dated March 4, 2019.

In support of this Motion, undersigned counsel been just recently engaged by Defendants and counsel needs additional time to meet with her clients and gather facts and information from her clients and relevant witnesses in order to fully and accurately respond to the Complaint.

This is Defendants' first motion for extension of time. Defendants' counsel has inquired with Plaintiff's counsel of record and there is consent to this extension of time.

WHEREFORE, Defendants South Park Inn, Inc. and Jeff Katz, through their counsel, respectfully request an extension of time through April 26, 2019 to file its first response to Plaintiff's Complaint.

THE DEFENDANTS

BY _____
Jessica Z. Wragg
Musco & Iassogna
555 Long Wharf Drive, 10th Floor
New Haven, CT 06511
Tel: (203) 782-4122
Fax: (203) 782-4128
E-Mail: jessica.wragg@m-ilaw.com

## CERTIFICATION

      This is to certify that a copy of the foregoing was filed electronically on the 20th day of March, 2019. Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.

_____
Jessica Z. Wragg