UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZHAKIM WILLIAMS                              **Plaintiff,**<br><br>-v-<br><br>SOUTH PARK INN, INC. and JEFF KATZ,<br><br>                                            **Defendants.** | Case No. 3:19-cv-00313-VLB<br><br><br>October 22, 2019 |

### JOINT MOTION FOR EXTENSION OF TIME
### TO DESIGNATE AND DEPOSE EXPERTS

The Parties jointly move for an extension of time to designate and depose experts. A scheduling order was previously entered by the Court at ECF 32. *See* ECF 32 ¶¶ 4, 5. The Parties propose new expert deadlines as follows:

- Parties will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which they bear the burden of proof by December 6, 2019. Depositions of any such experts will be completed by January 20, 2020.

- Parties will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which they do not bear the burden of proof by February 10, 2020. Depositions of such experts will be completed by March 24, 2020.

This is the Parties' first motion for an extension of time to designate and depose experts. The expert deadline remains prior to the overall discovery deadline of March 31, 2020. Good cause exists to grant this motion as the Defendants' motion to dismiss remains *sub judice* and the Parties do not yet know whether they will be proceeding on all, some, or none of the Plaintiff's claims. In addition, good

cause exists because the parties are still exchanging written discovery and resolving discovery disputes, and the parties are awaiting complete documents from each other, which may impact the designation of experts.

Respectfully Submitted,

PLAINTIFF ZHAKIM WILLIAMS

By: _____/s/_____
Greg Kirschner (ct26888)
David Lavery (ct29971)
The Connecticut Fair Housing Center
60 Popieluszko Court
Hartford, CT 06106
(860) 560-8948 / (860) 247-4236 (F)
gkirschner@ctfairhousing.org
dlavery@ctfairhousing.org


THE DEFENDANTS

By: _____/s/_____
Jessica Z. Wragg
Musco & Iassogna
555 Long Wharf Drive, 10th Floor
New Haven, CT 06511
Tel: (203) 782-4122
Fax: (203) 782-4128
E-Mail: jessica.wragg@m-ilaw.com